ACCEPTED
06-14-00178-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/18/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

CASE NUMBERS: 06-14-00178-CR; 06-14-00179-CR; 06-14-00180-CR;
06-14-00181-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/18/2015 8:26:00 AM
DEBBIE AUTREY
Clerk

WILLIAM JAMES AKIN        IN THE COURT OF APPEALS

V.        SIXTH COURT OF APPEALS

THE STATE OF TEXAS        TEXARKANA, TEXAS

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, WILLIAM JAMES AKIN Appellant in the above styled and numbered causes, and moves this Court to grant an extension of time to file appellant's briefs, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 336th District Court of Fannin County, Texas.

2. The cases below were styled the State of Texas v. William James Aken, and numbered CR-13-24791 CR-13-24795 CR-13-24796 CR-13-24979.

3. Appellant was convicted of sexual assault of a child in one case and indecency with a child by sexual contact in three cases.

4. Appellant was assessed a sentence of twenty years in each case with the sentences to run concurrently on September 12, 2014.

5. Notice of appeal was given on September 25, 2014.

6. The clerk's record was filed on January 23, 2015; the reporter's record

was filed on March 19, 2015.

7. The appellate brief is presently due on May 20, 2015.

8. Appellant requests an extension of time of 60 days from the present date, i.e. May 16, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated in the Texas Department of Corrections, Institutional Division.

11. Appellant relies on the following facts as good cause for the requested extension: Appellant's counsel is lead counsel in a capital murder case styled the State of Texas v. Christopher Holder pending in the 416th Judicial District Court of Collin County, Texas. This case will commence jury selection on May 18, 2015. Counsel has been focused on preparing this case for trial. This case will most likely take two weeks of jury trial. Consequently, counsel has not had sufficient time to review the records in these cases before this Court and prepare appellant's briefs

Counsel has read this Court's rules concerning requests for extensions.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Steven R. Miears
Lawyer
SBOT #14025600
POB 736
Bonham, Texas 75418
903 640 4963
903 640 4964 Fax
SteveMiears@msn.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing motion for extension to file briefs on appeal has been e-filed on the District Attorney of Fannin County, Texas contemporaneously with the date of the e-filing of this motion.

_____
Steven R. Miears